UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MOSES MELENDEZ GUTIERREZ, JR.,**

        **Plaintiff,**

**v.**                                       **Case No:  6:17-cv-905-Orl-41TBS**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of a final decision of the Commissioner of Social Security denying his application for Disability Insurance Benefits and Supplemental Security Income. United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 16), in which he recommends that the Court affirm the Commissioner's final decision.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Commissioner's final decision is **AFFIRMED**.

3.  The Clerk is directed to enter judgment in favor of the Commissioner and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record